BL9776994

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

In Re:    CELESTINE JONES           Chapter: 13
                                    Bankruptcy No: 22-12281

## WITHDRAWAL OF CLAIM

American Express National Bank, by and through its counsel, withdraws its Proof of Claim Number 4 filed on October 10th, 2022, for account number 1009 and in the amount of $309.30.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:    10/25/2022