# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-12281-ELF

CELESTINE JONES

7761 BENNETT ROAD

WYNCOTE, PA 19095

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CELESTINE JONES

    7761 BENNETT ROAD

    WYNCOTE, PA 19095

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

Date: 1/11/2023

                                        /S/ Kenneth E. West
                                        _____
                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee