

January 24, 2023

Ross, Quinn, & Ploppert
Mr Joseph L. Quinn Esquire
192 S. Hanover St., Suit 101
Pottstown, PA 19464

Bankruptcy No.
22-12281-ELF

Dear Mr Joseph L. Quinn Esquire,

I am in receipt of a letter dated 11/29/2022, but received at my home 12/5/2022 from the Plaintiffs Attorney KML LAW Group, P.C. Please let the record show that our case#2011-10363 shows Stayed and Cancelled. Also let the record show that the Pursuant to Act 32 of 2018 (68Pa. C.S.A. &2310 has no Merit or Relevancy because my property has never been Vacant or Abandoned? Please check ALL Maintenance, Repairs, and Utility Bills paid since "2006" from the Jones families account.

Also we once again OBJECT and DENOUNCE the Fraudulent Proof of claim submitted 11/8/2022 by the Plaintiff. Along with the New Motion to dismiss the certificate of service from the Bankruptcy Trustee dated 01/11/2023 but arriving at my property 01/20/2023. Due to the facts. Not Back Door, Re-litigate Unreasonable, or Prejudicial Statements made by these Dead letters. Since i'am not a Lawyer or Judge this continued Predatorily Crime needs to end with my families RESTITUTION, Compensation and the true Financial Loss we have endured the past (18) years.

Respectfully,

Celestine Jones