UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CELESTINE JONES | Chapter 13 |
| Debtor | Bankruptcy No. 22-12281-ELF |

# ORDER

     **AND NOW**, this \_\_\_14th\_\_\_ day of \_\_\_\_February\_\_\_\_\_, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

     **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101

POTTSTOWN, PA 19464-


Debtor:
CELESTINE JONES

7761 BENNETT ROAD

WYNCOTE, PA 19095